CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>1428 HAIGHT Inc, a California Corporation; and Does 1-10,<br><br>    Defendant. | Case No.: 4:21-CV-07090-YGR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant 1428 Haight Inc, a California Corporation, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 4, 2022                    CENTER FOR DISABILITY ACCESS

                                        By:   /s/Amanda Seabock
                                              Amanda Seabock
                                              Attorneys for Plaintiff